IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MAGDALENA GUARDADO, | § | |
| | § | |
| Appellant Below, | § | No. 116, 2018 |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| ROOS FOODS | § | C.A. No. S17A-05-003-RFS |
| | § | |
| Appellee Below, | § | |
| Appellee. | § | |

Submitted: September 12, 2018
Decided: September 14, 2018

Before **STRINE**, Chief Justice; **VALIHURA**, **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices; constituting the Court *en Banc*.

## **O R D E R**

This 14th day of September 2018, we affirm the judgment of the Superior Court on the basis of its opinion dated February 7, 2018.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *Guardado v. Roos Foods, Inc.*, 2018 WL 776422 (Del. Super. Feb. 7, 2018).